UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
RAFAEL CORDERO, Individually, and On : Case No.: 1:22-CV-05702-JMF
Behalf of All Others Similarly Situated, :
:
Plaintiff, :
vs. :
: **NOTICE OF SETTLEMENT**
:
WATERROWER INC., :
:
Defendant. :
:
---------------------------------------------------------------x

Plaintiff Rafael Cordero ("Plaintiff") hereby notifies the Court that the present case has settled between Plaintiff and defendant WaterRower Inc. ("Defendant") (collectively, the "parties"), and states as follows:

1. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences.

DATED:  August 25, 2022                **MIZRAHI KROUB LLP**


                                        /s/ Edward Y. Kroub
                                        EDWARD Y. KROUB

- 2 -

                              EDWARD Y. KROUB
                              JARRETT S. CHARO
                              WILLIAM J. DOWNES
                              200 Vesey Street, 24th Floor
                              New York, NY 10281
                              Telephone: 212/595-6200
                              212/595-9700 (fax)
                              ekroub@mizrahikroub.com
                              jcharo@mizrahikroub.com
                              wdownes@mizrahikroub.com

*Attorneys for Plaintiff*